# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§ Donald R. Cassling
CONWAY JR., IRVING C § Case No. 16-19619
§
_____Debtor_____ §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/15/2016 . The undersigned trustee was appointed on 06/15/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $    100,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 38,244.01 |
| Bank service fees | 102.93 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 26,846.09 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 34,806.97 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 05/19/2017 and the deadline for filing governmental claims was 05/19/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,532.91 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 6,532.91 , for a total compensation of $ 6,532.91 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/16/2018        By:/s/Robert B. Katz, Trustee
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Exhibit A

| Case No: | 16-19619 | DRC | Judge: Donald R. Cassling | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|---|
| Case Name: | CONWAY JR., IRVING C | | | Date Filed (f) or Converted (c): | 06/15/16 (f) |
| | | | | 341(a) Meeting Date: | 07/07/16 |
| For Period Ending: | 03/16/18 | | | Claims Bar Date: | 05/19/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5839 W. Iowa Chicago IL 60651-0000 Tenants in Common | 80,000.00 | 30,000.00 | | 92,504.36 | FA |
| 2. 2006 Chrysler 300 | 11,625.00 | 0.00 | | 0.00 | FA |
| 3. 2000 Jeep Grand Cherokee | 5,025.00 | 0.00 | | 0.00 | FA |
| 4. Nissan Altima 2013 Approx. mileage: 2300 | 15,050.00 | 0.00 | | 0.00 | FA |
| 5. Used Furniture and Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 6. Used Clothing | 150.00 | 0.00 | | 0.00 | FA |
| 7. Military Ring | 200.00 | 0.00 | | 0.00 | FA |
| 8. Certificate of Deposit USAA Bank | 250.17 | 0.00 | | 0.00 | FA |
| 9. Checking USAA | 213.00 | 0.00 | | 0.00 | FA |
| 10. Savings USAA | 15.00 | 0.00 | | 0.00 | FA |
| 11. Wrongful Termination lawsuit against Walgreens | 65,000.00 | 0.00 | | 0.00 | FA |
| 12. Receivable: holdback of R.E. taxes (u) | Unknown | 7,495.64 | | 7,495.64 | FA |
| TOTALS (Excluding Unknown Values) | $178,028.17 | $37,495.64 | | $100,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee retained counsel, who with great diffiuclty, gained cooperation of debtor's ex-wife in order to sell debtor's 1/2 interest in their jointly owned real estate.

Debtor has ceased pursuing the wrongful termination lawsuit against Walgreens.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 16-19619   DRC   Judge: Donald R. Cassling | Trustee Name:   Robert B. Katz, Trustee |
| Case Name: | CONWAY JR., IRVING C | Date Filed (f) or Converted (c):   06/15/16 (f) |
| | | 341(a) Meeting Date:   07/07/16 |
| | | Claims Bar Date:   05/19/17 |

Initial Projected Date of Final Report (TFR): 12/01/18     Current Projected Date of Final Report (TFR): 12/31/18

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 16-19619 -DRC | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | CONWAY JR., IRVING C | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7621  Checking Account |
| Taxpayer ID No: | *******6189 | | |
| For Period Ending: | 03/16/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/17 | | ASSOCIATED BANK | PROCEEDS OF SALE FROM R.E. $27,414.26 | | 27,414.26 | | 27,414.26 |
| | | | First deposit for sale of 5839 W. Iowa. | | | | |
| | 1 | ASSOCIATED BANK |    Memo Amount:      92,504.36 | 1110-000 | | | |
| | | | PROCEEDS OF SALE FROM R.E. | | | | |
| | | |    Memo Amount:   (     1,774.24 ) | 2820-000 | | | |
| | | | County Taxes 1-1-17 thru 10-16-17 | | | | |
| | | |    Memo Amount:   (     1,700.00 ) | 2500-000 | | | |
| | | | Title Insurance | | | | |
| | | |    Memo Amount:   (     1,040.50 ) | 2500-000 | | | |
| | | | Title Charges | | | | |
| | | |    Memo Amount:   (       450.00 ) | 2820-000 | | | |
| | | | Transfer Tax Stamps | | | | |
| | | |    Memo Amount:   (     1,225.00 ) | 3210-000 | | | |
| | | | ATTORNEY FEES | | | | |
| | | |    Memo Amount:   (     5,000.00 ) | 3510-000 | | | |
| | | | Commission | | | | |
| | | |    Memo Amount:   (     1,993.17 ) | 2420-000 | | | |
| | | | Water Bill | | | | |
| | | |    Memo Amount:   (       450.00 ) | 2500-000 | | | |
| | | | Survey | | | | |
| | | |    Memo Amount:   (   22,036.36 ) | 2820-000 | | | |
| | | | Real Estate Taxes | | | | |
| | | |    Memo Amount:   (   26,846.09 ) | 8500-000 | | | |
| | | | Co-Owners Portion | | | | |
| | | |    Memo Amount:   (       363.00 ) | 2820-000 | | | |
| | | | Tax Redemption | | | | |
| | | |    Memo Amount:   (     2,211.74 ) | 2820-000 | | | |

Page Subtotals     27,414.26     0.00

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-19619 -DRC | Trustee Name: | Robert B. Katz, Trustee |
| --- | --- | --- | --- |
| Case Name: | CONWAY JR., IRVING C | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7621 Checking Account |
| Taxpayer ID No: | *******6189 | | |
| For Period Ending: | 03/16/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/02/17 | 12 | ASSOCIATED BANK | 2016 Cook County Taxes PROCEEDS OF SALE FROM R.E. At the closing of the sale of Debtor's real estate, Chicago Title & Trust Co. withheld approximately $30,000 to cover potential exposure for old, unpaid real estate taxes on the property. Subsequent to the day of closing and after payment of these taxes, the Trustee and the Co-Owner (Debtor's wife ex-wife) each received two checks in the amounts of $475 and $7,020.64. Accordingly, the Co-Owner received three payments for a total of $34,341.73 from the sale of Debtor's residence. | 1110-000 | 475.00 | | 27,889.26 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 27,879.26 |
| * 11/28/17 | 1 | ASSOCIATED BANK | PROCEEDS OF SALE FROM R.E. Bank Serial #: | 1110-003 | 7,020.64 | | 34,899.90 |
| 12/04/17 | 12 | ASSOCIATED BANK | PROCEEDS OF SALE FROM R.E. At the closing of the sale of Debtor's real estate, Chicago Title & Trust Co. withheld approximately $30,000 to cover potential exposure for old, unpaid real estate taxes on the property. Subsequent to the day of closing and after payment of these taxes, the Trustee and the Co-Owner (Debtor's wife ex-wife) each received two checks in the amounts of $475 and $7,020.64. Accordingly, the Co-Owner received three payments for a total of $34,341.73 from the sale of Debtor's residence. | 1110-000 | 7,020.64 | | 41,920.54 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.11 | 41,879.43 |
| * 12/18/17 | 1 | ASSOCIATED BANK | PROCEEDS OF SALE FROM R.E. Amount entered twice. Excess of $7,020.64. | 1110-003 | -7,020.64 | | 34,858.79 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.82 | 34,806.97 |
| | | | Page Subtotals | | 7,495.64 | 102.93 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| | |
|---|---|
| Case No: | 16-19619 -DRC |
| Case Name: | CONWAY JR., IRVING C |
| Taxpayer ID No: | *******6189 |
| For Period Ending: | 03/16/18 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7621  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 92,504.36 | COLUMN TOTALS | 34,909.90 | 102.93 | 34,806.97 |
| Memo Allocation Disbursements: | 65,090.10 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 34,909.90 | 102.93 | |
| Memo Allocation Net: | 27,414.26 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 34,909.90 | 102.93 | |

| | | | NET | ACCOUNT |
|---|---|---|---|---|
| Total Allocation Receipts: | 92,504.36 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 65,090.10 | Checking Account - ********7621 | 34,909.90 | 102.93 | 34,806.97 |
| Total Memo Allocation Net: | 27,414.26 | | 34,909.90 | 102.93 | 34,806.97 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

```
          /s/     Robert B. Katz, Trustee
Trustee's Signature: _____  Date: 03/16/18
          ROBERT B. KATZ, TRUSTEE
```

Page Subtotals        0.00        0.00

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                                                                Ver: 20.00g

| | | EXHIBIT A | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: March 16, 2018 |

Case Number: 16-19619  
Debtor Name: CONWAY JR., IRVING C

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007 001 2100-00 | ROBERT B. KATZ<br>LAW OFFICES OF ROBERT B. KATZ<br>53 W. JACKSON BLVD. STE 1334<br>CHICAGO, IL 60604 | Administrative | | $6,532.91 | $0.00 | $6,532.91 |
| 000008 001 3410-00 | KUTCHINS, ROBBINS, & DIAMOND LTD.<br>35 E. Wacker Dr., Suite 690<br>Chicago, IL 60601 | Administrative | | $1,224.00 | $0.00 | $1,224.00 |
| 000009 001 3210-00 | Ira P. Goldberg<br>DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $15,734.45 | $0.00 | $15,734.45 |
| 000001 070 7100-00 | Navient Solutions, Inc. Department of Education<br>Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635 | Unsecured | | $12,899.38 | $0.00 | $12,899.38 |
| 000002 070 7100-00 | Devry Education Group<br>814 Commerce Dr Suite 2002<br>Oak Brook, IL 60523 | Unsecured | | $1,675.08 | $0.00 | $1,675.08 |
| 000003 070 7100-00 | PYOD, LLC its successors and assigns as<br>assignee<br>of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $400.42 | $0.00 | $400.42 |
| 000004 070 7100-00 | American InfoSource LP as agent for Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $2,095.06 | $0.00 | $2,095.06 |
| 000005 070 7100-00 | American InfoSource LP as agent for Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $1,273.95 | $0.00 | $1,273.95 |
| 000006 070 7100-00 | Portfolio Recovery Associates, LLC Successor to CAPITAL ONE, NA (CAPITAL ONE/HSBC)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $329.87 | $0.00 | $329.87 |
| | Case Totals: | | | $42,165.12 | $0.00 | $42,165.12 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-19619
Case Name: CONWAY JR., IRVING C
Trustee Name: Robert B. Katz, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 34,806.97 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ 6,532.91 | $ 0.00 | $ 6,532.91 |
| Attorney for Trustee Fees: Ira P. Goldberg | $ 15,709.45 | $ 0.00 | $ 15,709.45 |
| Attorney for Trustee Expenses: Ira P. Goldberg | $ 25.00 | $ 0.00 | $ 25.00 |
| Accountant for Trustee Fees: KUTCHINS, ROBBINS, & DIAMOND LTD. | $ 1,224.00 | $ 0.00 | $ 1,224.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 23,491.36 |
| Remaining Balance | $ 11,315.61 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,673.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 60.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Navient Solutions, Inc. Department of | $ 12,899.38 | $ 0.00 | $ 7,816.55 |
| 000002 | Devry Education Group | $ 1,675.08 | $ 0.00 | $ 1,015.04 |
| 000003 | PYOD, LLC its successors and assigns as | $ 400.42 | $ 0.00 | $ 242.64 |
| 000004 | American InfoSource LP as agent for | $ 2,095.06 | $ 0.00 | $ 1,269.53 |
| 000005 | American InfoSource LP as agent for | $ 1,273.95 | $ 0.00 | $ 771.97 |
| 000006 | Portfolio Recovery Associates, LLC | $ 329.87 | $ 0.00 | $ 199.88 |
| | Total to be paid to timely general unsecured creditors | | | $ 11,315.61 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE