# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| CONWAY JR., IRVING C | § | Case No. 16-19619 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 98,028.17
*(Without deducting any secured claims)*

Assets Exempt: 0.00

Total Distributions to Claimants:  11,315.61

Claims Discharged
Without Payment:  72,272.30

Total Expenses of Administration:  61,838.30

3) Total gross receipts of $ 100,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 26,846.09  (see **Exhibit 2**), yielded net receipts of $ 73,153.91  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 69,653.96 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 61,838.30 | 61,838.30 | 61,838.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 64,914.15 | 18,673.76 | 18,673.76 | 11,315.61 |
| **TOTAL DISBURSEMENTS** | $ 134,568.11 | $ 80,512.06 | $ 80,512.06 | $ 73,153.91 |

4)  This case was originally filed under chapter 7 on  06/15/2016 .  The case was pending for 28 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/01/2018 _____   By:/s/Robert B. Katz, Trustee _____

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5839 W. Iowa Chicago IL 60651-0000 | 1110-000 | 92,504.36 |
| Receivable: holdback of R.E. taxes | 1110-000 | 7,495.64 |
| TOTAL GROSS RECEIPTS | | $ 100,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | Non-Estate Funds Paid to Third Parties | 8500-000 | 26,846.09 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 26,846.09 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Clerk 118 N. Clark St. Room 4th Floor Chicago, IL 60602 | | 10,139.10 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer PO Box 4488 Carol Stream, IL 60197 | | 3,168.06 | NA | NA | 0.00 |
| | Go Financial 4020 E Indian School Rd Phoenix, AZ 85018 | | 15,427.00 | NA | NA | 0.00 |
| | Santander Consumer USA, Inc. P.O. Box 961245 Fort Worth, TX 76161 | | 35,642.80 | NA | NA | 0.00 |
| | TitleMax Title Loans 4769 W Cermak Rd #A Cicero, IL 60804 | | 5,000.00 | NA | NA | 0.00 |
| | Usaa Savings Bank Po Box 47504 San Antonio, TX 78265 | | 277.00 | NA | NA | 0.00 |
| | Wheeler Financial Inc. 120 N LaSalle St, Suite 1350 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 69,653.96** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ROBERT B. KATZ | 2100-000 | NA | 6,532.91 | 6,532.91 | 6,532.91 |
| Water Bill | 2420-000 | NA | 1,993.17 | 1,993.17 | 1,993.17 |
| Survey | 2500-000 | NA | 450.00 | 450.00 | 450.00 |
| Title Charges | 2500-000 | NA | 1,040.50 | 1,040.50 | 1,040.50 |
| Title Insurance | 2500-000 | NA | 1,700.00 | 1,700.00 | 1,700.00 |
| ASSOCIATED BANK | 2600-000 | NA | 102.93 | 102.93 | 102.93 |
| 2016 Cook County Taxes | 2820-000 | NA | 2,211.74 | 2,211.74 | 2,211.74 |
| County Taxes 1-1-17 thru 10-16-17 | 2820-000 | NA | 1,774.24 | 1,774.24 | 1,774.24 |
| Real Estate Taxes | 2820-000 | NA | 22,036.36 | 22,036.36 | 22,036.36 |
| Tax Redemption | 2820-000 | NA | 363.00 | 363.00 | 363.00 |
| Transfer Tax Stamps | 2820-000 | NA | 450.00 | 450.00 | 450.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):ATTORNEY FEES | 3210-000 | NA | 1,225.00 | 1,225.00 | 1,225.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):IRA P. GOLDBERG | 3210-000 | NA | 15,709.45 | 15,709.45 | 15,709.45 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):IRA P. GOLDBERG | 3220-000 | NA | 25.00 | 25.00 | 25.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):KUTCHINS, ROBBINS, & DIAMOND LTD. | 3410-000 | NA | 1,224.00 | 1,224.00 | 1,224.00 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):Commission | 3510-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 61,838.30 | $ 61,838.30 | $ 61,838.30 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1st Finl Invstmnt Fund<br>230 Peachtree St Nw Ste<br>Atlanta, GA 30303 | | 165.00 | NA | NA | 0.00 |
| | A/R Concepts<br>18-3 E Dundee Rd Ste 330<br>Barrington, IL 60010 | | 100.00 | NA | NA | 0.00 |
| | Afni, Inc.<br>Po Box 3097 Bloomington, IL<br>61702 | | 430.00 | NA | NA | 0.00 |
| | Allied Collection Serv<br>3080 S Durango Dr Ste 20 Las<br>Vegas, NV 89117 | | 843.00 | NA | NA | 0.00 |
| | Bank of America<br>100 North Tyron Street<br>Charlotte, NC 28202 | | 125.00 | NA | NA | 0.00 |
| | Bank of Santa Barbara<br>12 E Figuera Street Santa<br>Barbara, CA 93101 | | 500.00 | NA | NA | 0.00 |
| | Barnes Auto<br>2125 N Cicero Chicago, IL<br>60639 | | 4,876.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barnes Auto 2125 N Cicero Chicago, IL 60639 | | 3,540.00 | NA | NA | 0.00 |
| | Barnes Auto 2125 N Cicero Chicago, IL 60639 | | 2,946.00 | NA | NA | 0.00 |
| | Barnes Auto 2125 N Cicero Chicago, IL 60639 | | 4,876.00 | NA | NA | 0.00 |
| | Capital One 15000 Capital One Dr Richmond, VA 23238 | | 484.00 | NA | NA | 0.00 |
| | Capital One Po Box 85064 Glen Allen, VA 23058 | | 337.00 | NA | NA | 0.00 |
| | Capital One Po Box 85064 Glen Allen, VA 23058 | | 256.00 | NA | NA | 0.00 |
| | Capital One Po Box 98706 Las Vegas, NV 89193 | | 373.00 | NA | NA | 0.00 |
| | Capital One Bank Usa Po Box 85015 Richmond, VA 23285-5075 | | 337.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank Usa N 15000 Capital One Dr Richmond, VA 23238 | | 256.00 | NA | NA | 0.00 |
| | Certified Services Inc 1733 Washington St Ste 2 Waukegan, IL 60085 | | 11.00 | NA | NA | 0.00 |
| | Charter One Bank 1 citizens dr Riverside, RI 02915 | | 100.00 | NA | NA | 0.00 |
| | Chase Mccarthy 705 North East Str Suite Two Bloomington, IL 61701 | | 2,442.00 | NA | NA | 0.00 |
| | City of Chicago Department of Finan P.O. Box 88298 Chicago, IL 60680-1298 | | 1,400.00 | NA | NA | 0.00 |
| | Credit One Bank Na Po Box 98875 Las Vegas, NV 89193 | | 358.00 | NA | NA | 0.00 |
| | Dept Of Ed/Navient Po Box 9655 Wilkes-barre, PA 18773-9655 | | 911.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dept Of Ed/Navient<br>Po Box 9655 Wilkes-barre,<br>PA 18773-9655 | | 2,482.00 | NA | NA | 0.00 |
| | Dept Of Ed/Navient<br>Po Box 9655 Wilkes-barre,<br>PA 18773-9655 | | 1,261.00 | NA | NA | 0.00 |
| | Dept Of Ed/Navient<br>Po Box 9655 Wilkes-barre,<br>PA 18773-9655 | | 5,356.00 | NA | NA | 0.00 |
| | Dept Of Ed/Navient<br>Po Box 9655 Wilkes-barre,<br>PA 18773-9655 | | 2,592.00 | NA | NA | 0.00 |
| | Devry University<br>75 Remittance Dr Suite 1815<br>Chicago, IL 60675 | | 1,675.08 | NA | NA | 0.00 |
| | ERC/Enhanced Recovery<br>Corp<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | | 29.00 | NA | NA | 0.00 |
| | Ear Nose & Throat Specialists<br>of IL<br>8780 W. Golf Rd., Ste. 200<br>Niles, IL 60714 | | 20.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Enhanced Recovery Co<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | | 29.00 | NA | NA | 0.00 |
| | Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | | 244.00 | NA | NA | 0.00 |
| | Fhut/Metbk<br>6250 Ridgewood Road St<br>Cloud, MN 56303 | | 259.00 | NA | NA | 0.00 |
| | Fifth Third Bank<br>5050 Kingsley Dr Cincinnati,<br>OH 45227 | | 1,470.00 | NA | NA | 0.00 |
| | First Premier Bank<br>601 S Minnesota Ave Sioux<br>Falls, SD 57104 | | 241.00 | NA | NA | 0.00 |
| | Harris & Harris, LTD<br>111 West Jackson Blvd. Suite<br>400 Chicago, IL 60604-4134 | | 1,327.45 | NA | NA | 0.00 |
| | Hsbc Bank<br>Po Box 30253 Salt Lake City,<br>UT 84130 | | 373.00 | NA | NA | 0.00 |
| | Illinois Collection Se<br>8231 185th St Ste 100 Tinley<br>Park, IL 60487 | | 489.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Collection Se 8231 185th St Ste 100 Tinley Park, IL 60487 | | 250.00 | NA | NA | 0.00 |
| | Illinois Collection Se 8231 185th St Ste 100 Tinley Park, IL 60487 | | 178.00 | NA | NA | 0.00 |
| | Le Cordon Bleu PO Box 6024 Naperville, IL 60567 | | 4,771.60 | NA | NA | 0.00 |
| | MCSI -Municipal Collection Services, Inc Po Box 327 Palos Heights, IL 60463 | | 250.00 | NA | NA | 0.00 |
| | Mcsi Inc Po Box 327 Palos Heights, IL 60463 | | 250.00 | NA | NA | 0.00 |
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | 134.00 | NA | NA | 0.00 |
| | Merchants Credit Guide Co. Executive Offices 223 W Jackson Blvd Chicago, IL 60606 | | 134.50 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwest Auto Doctors<br>S81w18510 Gemini Dr.<br>Muskego, WI 53150 | | 3,500.00 | NA | NA | 0.00 |
| | Nco Fin/99<br>Po Box 15636 Wilmington,<br>DE 19850 | | 1,297.00 | NA | NA | 0.00 |
| | Ncofin/980<br>600 Holiday Plaza Suite 300<br>Matteson, IL 60443 | | 357.00 | NA | NA | 0.00 |
| | North Shore University<br>Healthsystem<br>23056 Network Place<br>Chicago, IL 60673-1230 | | 310.00 | NA | NA | 0.00 |
| | Northshore University<br>Healthsystem<br>23056 Network Place<br>Chicago, IL 60673-1230 | | 200.00 | NA | NA | 0.00 |
| | Oral Surgery Associates<br>2440 W Peterson Avenue<br>Chicago, IL 60659 | | 280.00 | NA | NA | 0.00 |
| | People's Gas<br>PO Box 19100 Green Bay, WI<br>54307-9100 | | 1,289.36 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peoples Gas 200 East Randolph Chicago, IL 60601 | | 1,327.00 | NA | NA | 0.00 |
| | Progressive P.O. Box 413110 Salt Lake City, UT 84141 | | 300.00 | NA | NA | 0.00 |
| | TRS Recovery Services 5251 Westheimer Houston, TX 77056 | | 312.29 | NA | NA | 0.00 |
| | TRS Recovery Services 5251 Westheimer Houston, TX 77056 | | 427.87 | NA | NA | 0.00 |
| | Tfc Credit 2010 Crow Canyon Pl Ste San Ramon, CA 94583 | | 5.00 | NA | NA | 0.00 |
| | Verizon P.o. Box 26055 Minneapolis, MN 55426 | | 2,135.00 | NA | NA | 0.00 |
| | Verizon Po Box 49 Lakeland, FL 33802 | | 1,298.00 | NA | NA | 0.00 |
| | Verizon Wireless 1 Verizon Pl Alpharetta, GA 30004 | | 2,135.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Webbank/Fingerhut 6250 Ridgewood Rd Saint Cloud, MN 56303 | | 259.00 | NA | NA | 0.00 |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 2,095.06 | 2,095.06 | 1,269.53 |
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 1,273.95 | 1,273.95 | 771.97 |
| 000001 | NAVIENT SOLUTIONS, INC. DEPARTMENT | 7100-000 | NA | 12,899.38 | 12,899.38 | 7,816.55 |
| 000006 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 329.87 | 329.87 | 199.88 |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 400.42 | 400.42 | 242.64 |
| 000002 | DEVRY EDUCATION GROUP | 7100-001 | NA | 1,675.08 | 1,675.08 | 1,015.04 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 64,914.15 | $ 18,673.76 | $ 18,673.76 | $ 11,315.61 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| Case No: | 16-19619 | Judge: Donald R. Cassling |
|---|---|---|
| Case Name: | CONWAY JR., IRVING C | |

For Period Ending: 10/01/18

| Trustee Name: | Robert B. Katz, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 06/15/16 (f) |
| 341(a) Meeting Date: | 07/07/16 |
| Claims Bar Date: | 05/19/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 5839 W. Iowa Chicago IL 60651-0000<br><br>   Tenants in Common | 80,000.00 | 30,000.00 | | 92,504.36 | FA |
| 2. 2006 Chrysler 300 | 11,625.00 | 0.00 | | 0.00 | FA |
| 3. 2000 Jeep Grand Cherokee | 5,025.00 | 0.00 | | 0.00 | FA |
| 4. Nissan Altima 2013 Approx. mileage: 2300 | 15,050.00 | 0.00 | | 0.00 | FA |
| 5. Used Furniture and Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 6. Used Clothing | 150.00 | 0.00 | | 0.00 | FA |
| 7. Military Ring | 200.00 | 0.00 | | 0.00 | FA |
| 8. Certificate of Deposit USAA Bank | 250.17 | 0.00 | | 0.00 | FA |
| 9. Checking USAA | 213.00 | 0.00 | | 0.00 | FA |
| 10. Savings USAA | 15.00 | 0.00 | | 0.00 | FA |
| 11. Wrongful Termination lawsuit against Walgreens | 65,000.00 | 0.00 | | 0.00 | FA |
| 12. Receivable: holdback of R.E. taxes (u) | Unknown | 7,495.64 | | 7,495.64 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $178,028.17 | $37,495.64 | | $100,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee retained counsel, who with great diffiuclty, gained cooperation of debtor's ex-wife in order to sell debtor's

1/2 interest in their jointly owned real estate.

Debtor has ceased pursuing the wrongful termination lawsuit against Walgreens.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 16-19619   Judge: Donald R. Cassling | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | CONWAY JR., IRVING C | Date Filed (f) or Converted (c): | 06/15/16 (f) |
| | | 341(a) Meeting Date: | 07/07/16 |
| | | Claims Bar Date: | 05/19/17 |

Initial Projected Date of Final Report (TFR): 12/01/18    Current Projected Date of Final Report (TFR): 12/31/18

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 16-19619 -DRC |
| Case Name: | CONWAY JR., IRVING C |
| Taxpayer ID No: | *******6189 |
| For Period Ending: | 10/01/18 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7621  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/17 | | ASSOCIATED BANK | PROCEEDS OF SALE FROM R.E. $27,414.26 | | 27,414.26 | | 27,414.26 |
| | | | First deposit for sale of 5839 W. Iowa. | | | | |
| | 1 | ASSOCIATED BANK | Memo Amount:        92,504.36 | 1110-000 | | | |
| | | | PROCEEDS OF SALE FROM R.E. | | | | |
| | | | Memo Amount:      (      1,774.24 ) | 2820-000 | | | |
| | | | County Taxes 1-1-17 thru 10-16-17 | | | | |
| | | | Memo Amount:      (      1,700.00 ) | 2500-000 | | | |
| | | | Title Insurance | | | | |
| | | | Memo Amount:      (      1,040.50 ) | 2500-000 | | | |
| | | | Title Charges | | | | |
| | | | Memo Amount:      (        450.00 ) | 2820-000 | | | |
| | | | Transfer Tax Stamps | | | | |
| | | | Memo Amount:      (      1,225.00 ) | 3210-000 | | | |
| | | | ATTORNEY FEES | | | | |
| | | | Memo Amount:      (      5,000.00 ) | 3510-000 | | | |
| | | | Commission | | | | |
| | | | Memo Amount:      (      1,993.17 ) | 2420-000 | | | |
| | | | Water Bill | | | | |
| | | | Memo Amount:      (        450.00 ) | 2500-000 | | | |
| | | | Survey | | | | |
| | | | Memo Amount:      (     22,036.36 ) | 2820-000 | | | |
| | | | Real Estate Taxes | | | | |
| | | | Memo Amount:      (     26,846.09 ) | 8500-000 | | | |
| | | | Co-Owners Portion | | | | |
| | | | Memo Amount:      (        363.00 ) | 2820-000 | | | |
| | | | Tax Redemption | | | | |
| | | | Memo Amount:      (      2,211.74 ) | 2820-000 | | | |
| | | | 2016 Cook County Taxes | | | | |
| 11/02/17 | 12 | ASSOCIATED BANK | PROCEEDS OF SALE FROM R.E. | 1110-000 | 475.00 | | 27,889.26 |

LFORM2T4

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

Ver: 20.00j

FORM 2                                                                                    Page:  2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 16-19619 -DRC | |
| Case Name: | CONWAY JR., IRVING C | |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7621  Checking Account |

Taxpayer ID No:  *******6189
For Period Ending:  10/01/18

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | At the closing of the sale of Debtor's real estate, Chicago Title & Trust Co. withheld approximately $30,000 to cover potential exposure for old, unpaid real estate taxes on the property. Subsequent to the day of closing and after payment of these taxes, the Trustee and the Co-Owner (Debtor's wife ex-wife) each received two checks in the amounts of $475 and $7,020.64. Accordingly, the Co-Owner received three payments for a total of $34,341.73 from the sale of Debtor's residence. | | | | |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 27,879.26 |
| * 11/28/17 | 1 | ASSOCIATED BANK | PROCEEDS OF SALE FROM R.E. | 1110-003 | 7,020.64 | | 34,899.90 |
| | | | Bank Serial #: | | | | |
| 12/04/17 | 12 | ASSOCIATED BANK | PROCEEDS OF SALE FROM R.E. | 1110-000 | 7,020.64 | | 41,920.54 |
| | | | At the closing of the sale of Debtor's real estate, Chicago Title & Trust Co. withheld approximately $30,000 to cover potential exposure for old, unpaid real estate taxes on the property. Subsequent to the day of closing and after payment of these taxes, the Trustee and the Co-Owner (Debtor's wife ex-wife) each received two checks in the amounts of $475 and $7,020.64. Accordingly, the Co-Owner received three payments for a total of $34,341.73 from the sale of Debtor's residence. | | | | |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.11 | 41,879.43 |
| * 12/18/17 | 1 | ASSOCIATED BANK | PROCEEDS OF SALE FROM R.E. | 1110-003 | -7,020.64 | | 34,858.79 |
| | | | Amount entered twice. Excess of $7,020.64. | | | | |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.82 | 34,806.97 |
| 05/10/18 | 010001 | ROBERT B. KATZ LAW OFFICES OF ROBERT B. KATZ 53 W. JACKSON BLVD. STE 1334 | Claim 000007, Payment 100.00000% | 2100-000 | | 6,532.91 | 28,274.06 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| | |
|---|---|
| Case No: | 16-19619 -DRC |
| Case Name: | CONWAY JR., IRVING C |
| Taxpayer ID No: | *******6189 |
| For Period Ending: | 10/01/18 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7621  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL 60604 | | | | | |
| 05/10/18 | 010002 | KUTCHINS, ROBBINS, & DIAMOND LTD. | Claim 000008, Payment 100.00000% | 3410-000 | | 1,224.00 | 27,050.06 |
| | | 35 E. Wacker Dr., Suite 690 | | | | | |
| | | Chicago, IL 60601 | | | | | |
| 05/10/18 | 010003 | Ira P. Goldberg | Claim 000009, Payment 100.00000% | | | 15,734.45 | 11,315.61 |
| | | DiMonte & Lizak, LLC | | | | | |
| | | 216 West Higgins Road | | | | | |
| | | Park Ridge, IL 60068 | | | | | |
| | | | Fees          15,709.45 | 3210-000 | | | |
| | | | Expenses          25.00 | 3220-000 | | | |
| 05/10/18 | 010004 | Navient Solutions, Inc. Department of | Claim 000001, Payment 60.59632% | 7100-000 | | 7,816.55 | 3,499.06 |
| | | Education | | | | | |
| | | Loan Services | | | | | |
| | | P.O. Box 9635 | | | | | |
| | | Wilkes-Barre, PA 18773-9635 | | | | | |
| * 05/10/18 | 010005 | Devry Education Group | Claim 000002, Payment 60.59651% | 7100-003 | | 1,015.04 | 2,484.02 |
| | | 814 Commerce Dr Suite 2002 | | | | | |
| | | Oak Brook, IL 60523 | | | | | |
| 05/10/18 | 010006 | PYOD, LLC its successors and assigns as | Claim 000003, Payment 60.59637% | 7100-000 | | 242.64 | 2,241.38 |
| | | assignee | | | | | |
| | | of FNBM, LLC | | | | | |
| | | Resurgent Capital Services | | | | | |
| | | PO Box 19008 | | | | | |
| | | Greenville, SC 29602 | | | | | |
| 05/10/18 | 010007 | American InfoSource LP as agent for | Claim 000004, Payment 60.59636% | 7100-000 | | 1,269.53 | 971.85 |
| | | Verizon | | | | | |
| | | PO Box 248838 | | | | | |
| | | Oklahoma City, OK 73124-8838 | | | | | |
| 05/10/18 | 010008 | American InfoSource LP as agent for | Claim 000005, Payment 60.59657% | 7100-000 | | 771.97 | 199.88 |
| | | Verizon | | | | | |
| | | PO Box 248838 | | | | | |

FORM 2

Page: 4

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-19619 -DRC | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | CONWAY JR., IRVING C | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7621  Checking Account |
| Taxpayer ID No: | *******6189 | | |
| For Period Ending: | 10/01/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 05/10/18 | 010009 | Oklahoma City, OK 73124-8838 Portfolio Recovery Associates, LLC Successor to CAPITAL ONE, NA (CAPITAL ONE/HSBC) POB 41067 Norfolk, VA 23541 | Claim 000006, Payment 60.59357% | 7100-000 | | 199.88 | 0.00 |
| * 09/06/18 | 010005 | Devry Education Group 814 Commerce Dr Suite 2002 Oak Brook, IL 60523 | Claim 000002, Payment 60.59651% | 7100-003 | | -1,015.04 | 1,015.04 |
| 09/10/18 | 010010 | U.S. Bankruptcy Court Dirksen Federal Building 219 S. Dearborn St. Room 713 Chicago, IL 60604 | UNCLAIMED FUNDS | 7100-001 | | 1,015.04 | 0.00 |

| | Account  *******7621 | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| | 5 | Deposits | 34,909.90 | 11 | Checks | 34,806.97 |
| | 0 | Interest Postings | 0.00 | 3 | Adjustments Out | 102.93 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $  34,909.90 | | | |
| | | | | | Total | $  34,909.90 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $  34,909.90 | | | |

| Memo Allocation Receipts: | 92,504.36 |
|---|---|
| Memo Allocation Disbursements: | 65,090.10 |
| Memo Allocation Net: | 27,414.26 |

FORM 2                                                          Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-19619  -DRC | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | CONWAY JR., IRVING C | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7621  Checking Account |
| Taxpayer ID No: | *******6189 | | | |
| For Period Ending: | 10/01/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: _____    /s/    Robert B. Katz, Trustee    Date: 10/01/18
                          ROBERT B. KATZ, TRUSTEE

LFORM2T4  **UST Form 101-7-TDR (10/1/2010)** *(Page: 22)*

Ver: 20.00j